### 882 LAPHAM vs. CIRCUIT JUDGE (Wayne), No. 12784.

To set aside a verdict which was rendered on the day the case was set for trial, it appearing that the attorney for defendant had notice that the case was coming on.

Denied, without prejudice and without costs, May 11, 1892.

It further appeared that under the rule motions for new trial should be made within five days; that after the lapse of five days defendant moved for a new trial; that the motion was denied upon the ground that the five days had elapsed and defendant should have moved the court for leave to make a motion for a new trial, and that no motion for leave had been made.

### 883 BARNES vs. CIRCUIT JUDGE (Wayne), No. 11751½.

To compel respondent to grant a new trial.

Order to show cause denied February 10, 1891.

The case in which the new trial was denied was affirmed in 86 M., 585. The ground of the motion for a new trial was that through the inadvertence of counsel no testimony was given to show that the husband had consented to the performance of the service for plaintiff's individual benefit. At the close of the testimony, counsel for defendant moved for a verdict upon the ground that the services belonged to the husband and not to plaintiff, and the court directed the jury accordingly.